

Michael Lee
Lee Law PLLC
michael@leelawservices.com
212.621.8239

August 13, 2025

<u>VIA ECF</u>
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Otter Products, LLC v. Singleton;* **1:25-cv-04501 (NRB)**

Dear Judge Buchwald:

This firm represents plaintiff, Otter Products, LLC ("Plaintiff"). Plaintiff writes to respectfully request an extension, *sin die*, to the conference scheduled for August 14, 2025 as, today, the parties have tentatively reached an agreement to resolve this matter.

This is the first such request for an extension and Defendant joins in this request. As an agreement was just reached, the parties need time to execute dismissal documents.

Thank you for your consideration.

Respectfully Submitted,

**LEE LAW PLLC**

By: _____
Michael Lee (ML 6353)

cc: Gunner Singleton (via email)

Application granted.  The Parties are
directed to file a joint status update
with the Court by August 27, 2025.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 13, 2025

57 West 38th Street, 11th Floor, New York, NY 10018